| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:
Mark Anthony Cirillo

CASE NO.: 2:24-bk-19377-WB
CHAPTER: Chapter 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s).

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/02/2024     Mark Anthony Cirillo     /s/ Mark A. Cirillo
                     Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                 Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

**GEP CENCAST, LLC**
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505
www.ep.com  (818) 955-6000
Version-12.0094.4

MARK GIRILLO  SSN: ***-**-9349

Mailing Address: 2640 VINEYARD AVE, LOS ANGELES, CA 90016
W-2/1099 Address: 2640 VINEYARD AVE, LOS ANGELES, CA 90016

** Get your W-2 online – register to go paperless at ep.com/mytaxform **

Client: TWENTIETH CENTURY FOX FILM CORP
Address: 10202 W. PICO BLVD. BLDG. 310- SUITE 339
LOS ANGELES, CA 90067 (310) 969-4700 EX:88
Prod Title: THE LAST THING HE TOLD ME - SEASON 2 (AKA SA

Sick Leave : CA 0/0 (Avail/Accrued)

Comments: WD 11/14 SAUSALITO

Check No: 05313602
Check Date: 11/20/2024
Batch: ECA 13513064
Ref / Inv: 00112416 / HYK368

**PAY PERIOD**
Start: 11/10/24   End: 11/16/24
Tax / Work Days: 1 / 1
Res / Work State: CA / CA
Pens Hrs / Days: 8.0 / 0

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | M | MI | MI |
| W/H | 500 | 2/0 | 2/0 |

Payroll Note:

| Production Title | Gross Amount | Net Amount | Date Worked | Check Date | Check # | Union |
|---|---|---|---|---|---|---|
| THE LAST THING HE TOLD ME - SEASON | 237.70 | 203.19 | 11/14/2024 | 11/20/2024 | 05313602 | E SAGK |
| NCIS - SEASON 22 | 216.00 | 186.62 | 11/08/2024 | 11/12/2024 | 05305842 | E SAGV |

For inquiries, please call the Central Casting Call Center at (800) 562-2718, 3:00 - 5:00 PM, Mon - Fri.

| Desc | Rate: Hourly | Hours | Amount | Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|---|---|---|---|
| REG | 27.0000 | 8.0 | 216.00 | FED | | 11.34 | 20.08 |
| BIKE | | | 12.00 | FICA-SSA | | 14.74 | 28.13 |
| PROPS | | | 5.50 | FICA-MED | | 3.45 | 6.58 |
| MILEWH | | | 4.20 | CA SDI | | 2.61 | 4.99 |
| | | | | CA ST | | 2.37 | 4.11 |

Union: SAGK
Occupation Title: GENERAL EXTRA

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 8.0 | 237.70 | 237.70 | 34.51 | 203.19 |
| YTD: | | 453.70 | | 63.89 | 389.81 |

Unemployment Info: GEP CENCAST, LLC   Tel: (818) 955-6000   State: CA   Unemployment No: 292-4009-0

**ep**

GEP CENCAST, LLC
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505

www.ep.com    (818) 955-6000    Version-12.0094.4

| Client: | MESQUITE PRODUCTIONS, INC. |
|---|---|
| Address: | 10202 W WASHINGTON BLVD ROBERT YOUNG BLDG, SUITE 3900 CULVER CITY, CA 90232 (310) 244-2180 |
| Prod Title: | FOR ALL MANKIND 23/24 (S5) |
| Comments: | 11-15-24 FOR ALL MANKIND |

MARK CIRILLO    SSN: ***-**-9349

Mailing Address
2640 VINEYARD AVE
LOS ANGELES, CA 90016

W-2/1099 Address
2640 VINEYARD AVE
LOS ANGELES, CA 90016

** Get your W-2 online -- register to go paperless at ep.com/mytaxform **

Sick Leave : CA 0/0 (Avail/Accrued)

Payroll Note:

| | |
|---|---|
| Check No: | 05314481 |
| Check Date: | 11/20/2024 |
| Batch: | ECA 13511104 |
| Ref / Inv: | 00110554 / HYI408 |

**PAY PERIOD**
| | |
|---|---|
| Start: 11/10/24 | End: 11/16/24 |
| Tax / Work Days: | 1 / 1 |
| Res / Work State: | CA / CA |
| Pens Hrs / Days: | 10.9 / 0 |

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | M | MI | MI |
| W/H | 500 | 2/0 | 2/0 |

| Production Title | Gross Amount | Net Amount | Date Worked | Check Date | Check # | Union |
|---|---|---|---|---|---|---|
| FOR ALL MANKIND 23/24 {S5} | 368.00 | 300.12 | 11/15/2024 | 11/20/2024 | 05314481 | E S175 |
| THE LAST THING HE TOLD ME - SEASON | 237.70 | 203.19 | 11/14/2024 | 11/20/2024 | 05313602 | E SAGK |
| NCIS - SEASON 22 | 216.00 | 186.62 | 11/08/2024 | 11/12/2024 | 05305842 | E SAGV |

For inquiries, please call the Central Casting Call Center at (800) 562-2718, 3:00 - 5:00 PM, Mon - Fri.

| Desc | Rate: Hourly | Hours | Amount | Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|---|---|---|---|
| REG | 27.0000 | 8.0 | 216.00 | FED | | 26.98 | 47.06 |
| O.T. | 43.1250 | 2.0 | 86.25 | FICA-SSA | | 22.82 | 50.95 |
| DOUBLE | 57.5000 | .9 | 51.75 | FICA-MED | | 5.33 | 11.91 |
| SMOKE | | | 14.00 | CA SDI | | 4.05 | 9.04 |
| | | | | CA ST | | 8.70 | 12.81 |

Union: S175
Occupation Title: TV-GENERAL EXTRA

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 10.9 | 368.00 | 368.00 | 67.88 | 300.12 |
| YTD: | | 821.70 | | 131.77 | 689.93 |

Unemployment Info: GEP CENCAST, LLC    Tel: (818) 955-6000    State: CA    Unemployment No: 292-4009-0

**ep**

GEP CENCAST, LLC
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505

www.ep.com    (818) 955-6000    Version-12.0094.4

| Client: | CBS STUDIOS INC. |
| Address: | 28343 AVE CROCKER #1 |
| | VALENCIA, CA 91355 (661) 257-2650 |
| Prod Title: | NCIS - SEASON 22 |
| Comments: | WD 11/08 NCIS S22 |

MARK CIRILLO    SSN: ***-**-9349

Mailing Address: 2640 VINEYARD AVE, LOS ANGELES, CA 90016
W-2/1099 Address: 2640 VINEYARD AVE, LOS ANGELES, CA 90016

** Get your W-2 online – register to go paperless at ep.com/mytaxform **

Sick Leave : CA 0/0 (Avail/Accrued)

Payroll Note:

| | |
|---|---|
| Check No: | 05305842 |
| Check Date: | 11/12/2024 |
| Batch: | ECA 13500168 |
| Ref / Inv: | 00111172 / HXX640 |

**PAY PERIOD**
| | |
|---|---|
| Start: 11/03/24 | End: 11/09/24 |
| Tax / Work Days: | 1 / 1 |
| Res / Work State: | CA / CA |
| Pens Hrs / Days: | 8.0 / 0 |

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | M | MI | MI |
| W/H | 500 | 2/0 | 2/0 |

| Production Title | Gross Amount | Net Amount | Date Worked | Check Date | Check # | Union |
|---|---|---|---|---|---|---|
| NCIS - SEASON 22 | 216.00 | 186.62 | 11/08/2024 | 11/12/2024 | 05305842 | E SAGV |

For inquiries, please call the Central Casting Call Center at (800) 562-2718, 3:00 - 5:00 PM, Mon - Fri.

| Desc | Rate: Hourly | Hours | Amount | Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|---|---|---|---|
| REG | 27.0000 | 8.0 | 216.00 | FED | | 8.74 | 8.74 |
| | | | | FICA-SSA | | 13.39 | 13.39 |
| | | | | FICA-MED | | 3.13 | 3.13 |
| | | | | CA SDI | | 2.38 | 2.38 |
| | | | | CA ST | | 1.74 | 1.74 |

Union: SAGV
Occupation Title: TV-GENERAL EXTRA

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 8.0 | 216.00 | 216.00 | 29.38 | 186.62 |
| YTD: | | 216.00 | | 29.38 | 186.62 |

Unemployment Info: GEP CENCAST, LLC    Tel: (818) 955-6000    State: CA    Unemployment No: 292-4009-0