United States Bankruptcy Court
Central District of California

In re:                                                                                                    Case No. 24-19377-WB
Mark Anthony Cirillo                                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2            User: admin            Page 1 of 3
Date Rcvd: Feb 24, 2025            Form ID: 318a            Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Cirillo, 2640 Vineyard Ave, Los Angeles, CA 90016-2928 |
| 42225153 | | Allen B. Yeroushalmi, MD, 20058 Ventura Blvd Pmb 163, Woodland Hls, CA 91364-2637 |
| 42225155 | | American Recovery Service, PO Box 4917, El Dorado Hls, CA 95762-0026 |
| 42225160 | | Health Care Debt Recovery, Point Anesthesia Services, 23615 El Toro Rd # X373, Lake Forest, CA 92630-4707 |
| 42225162 | | LA Colon & Rectal Surgical Associates, 9400 Brighton Way Ste 307, Beverly Hills, CA 90210-4710 |
| 42225170 | | SAG-AFTRA Federal Credit Union, PO Box 11419, Burbank, CA 91510-1419 |
| 42225176 | | Tom Flashman, MD, 8920 Wilshire Blvd Ste 301, Beverly Hills, CA 90211-2003 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Feb 25 2025 06:22:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Feb 25 2025 06:22:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Feb 25 2025 02:02:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42225154 | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 05:31:45 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42225156 | EDI: CAPITALONE.COM | Feb 25 2025 06:22:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42225156 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 04:02:24 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42225157 | EDI: JPMORGANCHASE | Feb 25 2025 06:22:00 | Chase Home Loans, Mail Code LA4-6475, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 42225157 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2025 04:01:44 | Chase Home Loans, Mail Code LA4-6475, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 42225158 | Email/Text: bankruptcy@credencerm.com | Feb 25 2025 02:10:00 | Credence Resource Management, PO Box 2300, Southgate, MI 48195-4300 |
| 42225159 | EDI: CCS.COM | Feb 25 2025 06:22:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 42225161 | EDI: LCIICSYSTEM | Feb 25 2025 06:22:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 42225163 | Email/Text: BankruptcyNotices@ladwp.com | Feb 25 2025 02:09:00 | LA Dept of Water & Power, 111 N Hope St, Los Angeles, CA 90012-2607 |
| 42225164 | Email/Text: govtaudits@labcorp.com | Feb 25 2025 02:03:00 | LabCorp, PO Box 2240, Burlington, NC |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 318a | Total Noticed: 28 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 42225165 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 02:09:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069  27216-2240 |
| 42225166 | ^ | MEBN | Feb 25 2025 01:42:56 | Modlin Slinsky, PA, 1551 Sawgrass Corporate Pkwy Ste 110, Sunrise, FL 33323-2832 |
| 42225167 | | EDI: PRA.COM | Feb 25 2025 06:22:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 42225168 | | Email/Text: ngisupport@radiusgs.com | Feb 25 2025 02:03:00 | Radius Global Solutions, 7831 Glenroy Rd Ste 250, Minneapolis, MN 55439-3117 |
| 42225169 | | Email/Text: bankruptcy@rubinrothman.com | Feb 25 2025 02:02:00 | Rubin & Rothman, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 42225171 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 25 2025 02:09:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 42225172 | | Email/Text: mtgbk@shellpointmtg.com | Feb 25 2025 02:03:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 42225173 | | Email/Text: bknotice@stillmanlaw.com | Feb 25 2025 02:09:00 | Stillman Law Office, 30057 Orchard Lake Rd Ste 200, Farmingtn Hls, MI 48334-2265 |
| 42225174 | | EDI: SYNC | Feb 25 2025 06:22:00 | Synchrony / PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 42225174 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 05:11:14 | Synchrony / PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 42225175 | | Email/Text: bankruptcynotices@cbecompanies.com | Feb 25 2025 02:09:00 | The CBE Group, PO Box 900, Waterloo, IA 50704-0900 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Mark Anthony Cirillo bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| John P Pringle (TR) | brenfro@rpmlaw.com jpp@trustesolutions.net;jpringle@rpmlaw.com |

Case 2:24-bk-19377-WB    Doc 15    Filed 02/26/25    Entered 02/26/25 21:30:18    Desc
                        Imaged Certificate of Notice    Page 3 of 5

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mark Anthony Cirillo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9349<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:24-bk-19377-WB | |

# Order of Discharge – Chapter 7                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Anthony Cirillo

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/24/25

**Dated:** 2/24/25                                                    **By the court:** Julia W. Brand
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

14/AUTU

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**